UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**KARYN BLUMSTEIN-TORRELLA,**

                         **Plaintiff,**

       -against-                                   19-cv-3492 (ALC)

**NEW YORK CITY DEPARTMENT OF**          <u>**ORDER**</u>
**EDUCATION AND BARBARA**
**BELLAFATTO,** *Principal P.S. 36*,

                         **Defendants.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On September 6, 2023, the Court held a status conference and set the following deadlines:

- The parties shall file a joint status report by **September 22, 2023** regarding the status of settlement negotiations and whether the parties would like to request a referral to the mediation program or a settlement conference before Magistrate Judge Figueredo.

- Plaintiff shall provide Defendants with a copy of the proposed SAC by **September 12, 2023** and Defendants must inform Plaintiff by **September 19, 2023** whether they consent to amendment of the complaint;

- If Defendants consent, the amended complaint should be filed by **September 20, 2023**;

- If Defendants do not consent, Plaintiff may file a motion for leave to file an amended complaint by **September 26, 2023**; Defendants may file their opposition by **October 3, 2023**.

**SO ORDERED.**

Dated:    **September 8, 2023**
              **New York, New York**

                                                                              **ANDREW L. CARTER, JR.**
                                                                              **United States District Judge**