UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KARYN BLUMSTEIN-TORRELLA,

                          Plaintiff,                      19-CV-3492 (ALC) (VF)

      -against-                         **SCHEDULING ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

                         Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff is directed to file her second amended complaint on or before **Tuesday, December 3, 2024**. Defendants are directed to answer or otherwise respond to Plaintiff's second amended complaint on or before **Friday, January 17, 2025**.

      The parties are further directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Friday, February 7, 2025**. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

**SO ORDERED.**

DATED:    New York, New York
             December 2, 2024

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge