**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
KARYN BLUMSTEIN-TORRELLA,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

Defendants.
---------------------------------------------------------------X

**19-CV-3492 (ALC) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss the issues raised at ECF Nos. 85 and 87 is hereby scheduled for **Friday, July 10, 2026, at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [721 331 407#].**

**SO ORDERED.**

DATED: New York, New York
July 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge