19th Floor
New York, NY 10022

929.558.5565
william@williamgreylawoffice.com

William Grey
LAW OFFICE PLLC
**EMPLOYMENT LITIGATION & STRATEGY**

July 31, 2026

Hon. Valerie Figueredo (Via ECF)
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Re: *Karyn Blumstein-Torrella v. New York City Department of Education, et al.*

Dear Judge Figueredo,

My firm, together with Brustein Law PLLC, represents Plaintiff in the above-captioned action. Pursuant to Rule I.g of Your Honor's Individual Rules of Practice in Civil Cases, the Court's Standing Order 19-mc-583, and Section 6 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, Plaintiff respectfully requests leave to file six exhibits to the Declaration of William Grey in support of Plaintiff's motion for leave to file a Third Amended Complaint under seal, with placeholder slip-sheets on the public docket.

Plaintiff's motion is due today pursuant to the Court's July 1, 2026 Order. ECF No. 88. The declaration annexes twenty exhibits, some with sub-parts. Six of the identified exhibits, identified below, were produced by Defendants bearing a "CONFIDENTIAL" designation under the Confidentiality Stipulation and Protective Order entered February 7, 2025 (ECF No. 64) (the "Protective Order"):

| Exhibit | Bates Range | Date | Description |
|---|---|---|---|
| Ex. 8 | DOE_ESI_002649–2653 | Mar. 14, 2024 | Internal DOE email chain circulating the 2009 arbitration decision (filed as produced, preserving Defendants' own attorney-client privilege redaction) |
| Ex. 9c | DOE_ESI_000689–0708 | Mar. 2024 | Internal DOE email chain regarding the coding of Plaintiff's absences |
| Ex. 13a | DOE_ESI_000297–0299 | Jan. 2018 | Internal DOE "FYI: Torella absences" email chain |
| Ex. 13b | DOE_ESI_000325–0326 | Jan. 2018 | Internal DOE "FYI: Torella absences" email chain |
| Ex. 13c | DOE_ESI_000340–0341 | Jan. 2018 | Internal DOE "FYI: Torella absences" email chain |
| Ex. 15a | DOE_ESI_001664–1667 | Aug.–Sept. 2020 | Internal DOE email chain regarding Plaintiff's reassignment |

Plaintiff does not concede that these designations are proper, and files this request without waiver of that position. *See* ECF No. 70. Plaintiff nonetheless seeks sealing because the Court has previously found that documents in these categories were properly designated. ECF No. 81 at 2. Plaintiff sought consent from Counsel for Defendants to file these documents publicly on the docket and Counsel for Defendants did not consent.

The six exhibits are being filed contemporaneously under seal and are accompanied by placeholder slip-sheets on the public docket identifying each exhibit by number and Bates range.

Plaintiff thanks the Court for its consideration.

Sincerely yours,

*William Grey*

William Grey

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 3, 2026**

Defendants are directed to submit a letter establishing why sealing is appropriate under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006), by **Wednesday, September 2, 2026**.