**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KARYN BLUMSTEIN-TORRELLA,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

Defendants.

---------------------------------------------------------------X

**19-CV-3492 (ALC) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide an update to the Court concerning the status of discovery by **Friday, October 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 8, 2026

VALERIE FIGUEREDO
United States Magistrate Judge