**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

KARYN BLUMSTEIN-TORRELLA,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION and BARBARA BELLAFATTO,

Defendants.

---------------------------------------------------------------------x

No. 1:19-cv-03492 (ALC) (VF)

STIPULATION AND PROPOSED ORDER WITHDRAWING CONFIDENTIALITY DESIGNATIONS AND UNSEALING EXHIBITS

**WHEREAS**, on February 7, 2025, the Court entered the Confidentiality Stipulation and Protective Order (ECF No. 64) (the "Protective Order");

**WHEREAS**, Defendants produced in discovery the documents bearing Bates numbers DOE_ESI_000297 through 000299, DOE_ESI_000325 through 000326, DOE_ESI_000340 through 000341, DOE_ESI_000689 through 000708, DOE_ESI_001664 through 001667 and DOE_ESI_002649 through 002653 (the "Six Documents") with a "Confidential" designation under the Protective Order;

**WHEREAS**, on July 31, 2026, Plaintiff filed the Six Documents under seal as Exhibits 13a, 13b, 13c, 9c, 15a and 8, respectively, to the Declaration of William Grey in support of Plaintiff's motion for leave to file a Third Amended Complaint (ECF No. 96), with placeholder pages on the public docket (ECF No. 93), pursuant to a letter-motion to seal (ECF Nos. 95, 97);

**WHEREAS**, Defendants also produced in discovery, with a "Confidential" designation under the Protective Order, the documents bearing Bates numbers DOE_ESI_000667 through 000677,

DOE_ESI_000841 through 000843, DOE_ESI_001055 through 001058, DOE_ESI_001699 through 001700, DOE_ESI_001708, DOE_ESI_001716, DOE_ESI_002840 through 002841, DOE_ESI_003028 through 003029 and DOE_ESI_003030 through 003032 (the "Additional Documents" and, together with the Six Documents, the "Documents");

**WHEREAS**, Plaintiff filed certain of the Additional Documents, together with DOE_ESI_000689 through 000708, as exhibits to her letter-motion dated November 25, 2025 (ECF No. 70), and by Order dated December 11, 2025 (ECF No. 81) the Court directed the Clerk of Court to maintain the viewing restrictions on ECF No. 70;

**WHEREAS**, on September 2, 2026, Defendants advised that the Six Documents "no longer need to remain sealed," and on September 17, 2026, during a conference of counsel, Defendants agreed to withdraw the "Confidential" designation as to the Additional Documents, subject to the redaction described in paragraph 2 below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, subject to the approval of the Court, that:

1. The "Confidential" designation under the Protective Order is withdrawn as to each of the Documents, and as to any duplicate copy of any of the Documents produced under a different Bates number. The Documents shall no longer be treated as Confidential Material under the Protective Order, and neither paragraph 2 of the Protective Order nor the Order dated December 11, 2025 (ECF No. 81) restricts their use in this action, in Matter of Blumstein-Torrella v. New York City Department of Education, Index No. 166056/2025 (Sup. Ct. N.Y. Cnty.), or otherwise.

2. In any public filing of DOE_ESI_000841, Plaintiff shall redact the names of the non-party teachers, other than Plaintiff, that appear in the email sent March 8, 2024, at 10:36 a.m. No other redaction of the Documents is required by this Stipulation and Order.

3. Nothing in this Stipulation and Order constitutes a concession by Plaintiff that any redaction appearing on the face of the Documents as produced is proper, and Plaintiff's right to challenge any such redaction is reserved. Nothing in this Stipulation and Order constitutes a concession by Defendants that any redaction appearing on the face of the documents as produced is improper, and Defendant's right to maintain their objection to production is reserved. Nothing in this Stipulation and Order resolves, waives or limits any party's position concerning any assertion of attorney-client privilege or work-product protection.

4. The Clerk of Court is respectfully directed to unseal ECF No. 96. Plaintiff may file the Six Documents on the public docket as Exhibits 8, 9c, 13a, 13b, 13c and 15a to ECF No. 93 in place of the placeholder pages. The Clerk of Court is further respectfully directed to lift the viewing restrictions maintained on ECF No. 70 and its attachments pursuant to the Order dated December 11, 2025 (ECF No. 81), except as to ECF No. 70-3, which shall remain restricted. Plaintiff may file on the public docket a copy of ECF No. 70-3 redacted in accordance with paragraph 2.

5. Nothing in this Stipulation and Order waives Plaintiff's position that the designation of any other document under the Protective Order is unwarranted, or Plaintiff's objections at ECF No. 82.

6. This Stipulation and Order may be executed in counterparts, and signatures transmitted by electronic means shall be deemed originals.

Dated: New York, New York
September 18, 2026

WILLIAM GREY LAW OFFICE PLLC
Attorneys for Plaintiff
York

By: *William Grey*
William Grey
430 Park Avenue, 19th Floor
New York, New York 10022

STEVEN BANKS
Corporation Counsel of the City of New

Attorney for Defendants

By: ______________________
Robyn L. Rothman, Senior Counsel
100 Church Street, Room 2-105
New York, New York 10007

BRUSTEIN LAW PLLC
Evan Brustein

**SO ORDERED.**

______________________
HON. VALERIE FIGUEREDO
United States Magistrate Judge
Dated: New York, New York, September 21, 2026